**No. 50586.**—Protests 877572–G, etc., of John Zimmerman Co. (New York).

Opinion by TILSON, J. The testimony showed that certain items of the merchandise consist of hats similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), Abstract 47291, and Abstract 46497. Upon the established facts and following the authorities cited the merchandise was held dutiable as claimed.